O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLEN ARROYO,<br><br>            Petitioner,<br><br>   vs.<br><br>M.D. BITER, WARDEN,<br><br>            Respondent. | CASE NO. ED CV 11-01659 GAF (RZ)<br><br>JUDGMENT |

       This matter came before the Court on the Petition of CARLEN ARROYO, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

       IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: February 15, 2012

*[signature]*

GARY A. FEESS
UNITED STATES DISTRICT JUDGE